**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JACKIE GREEN**                                                                           **PLAINTIFF**

**V.**                  **CASE NO. 4:18-CV-3-JLH-BD**

**WILLIAMS,** *et al.*                                                    **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Discussion:**

Plaintiff Jackie Green, who is currently being held at the Faulkner County Detention Center, filed this lawsuit on January 2, 2018. (Docket entry #2) Mr. Green was ordered to submit a completed IFP application or pay the filing fee within 30 days of January 24, 2018. (#7) To date, he has failed to comply with the Court's January 24, 2018 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Green that his claims could be dismissed if he failed to comply with the Court's Order.

## III. Conclusion:

The Court recommends that Mr. Green's claims be DISMISSED, without prejudice based on his failure to address the filing fee as required by the Court's January 24, 2018 Order.

IT IS SO ORDERED, this 5th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE