IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACKIE GREEN                                              PLAINTIFF

V.                    CASE NO. 4:18-CV-3-JLH-BD

WILLIAMS, et al.                                        DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Green's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 28th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE