# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JACKIE GREEN**                                                                      **PLAINTIFF**

**V.**               **CASE NO. 4:18-CV-3-JLH-BD**

**WILLIAMS, et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 28th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE